IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER & TRAVIS KNABLE | : | CIVIL ACTION |
| vs. | : | |
| WEST ASSET MANAGEMENT, INC. | : | |
| | : | NO.1:11-cv-0899 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Jennifer and Travis Knable, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above with prejudice.

BY: /s/ Brent F. Vullings
 Brent F. Vullings, Esquire
 Attorney for Plaintiff
 bv@w-vlaw.com
 Warren & Vullings, LLP
 93 Old York Road, Ste. 333
 Jenkintown, PA 19046
 215-745-9800